**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ignacio ALCALA–RAMOS,**
**Defendant–Appellant.**

**No. 00–10608.**

**D.C. No. CR–00–5210–AWI.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Ignacio Alcala–Ramos appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation 8 U.S.C. § 1326(a). Alcala–Ramos contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court should not have imposed a sentence greater than the two-year maxi-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

mum set forth in § 1326(a) based on Alacala–Ramos' prior aggravated felony because that felony was neither charged in the indictment nor admitted at the change of plea. This contention is foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.